# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jose Juan Eduardo Sauceda Ramírez,<br>a.k.a.: Jose Eduardo Sauceda-Ramírez,<br>(A205 396 959)<br>*Defendant* | Case No. 17-6329 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 14, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jose Juan Eduardo Sauceda Ramírez, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*

Salvador Delgado II,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 17, 2017

*Judge's signature*

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Salvador Delgado II, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 14, 2017, Jose Juan Eduardo Sauceda Ramírez was encountered by the Pinal County Sherriff's Office and booked into the Pinal County Jail (PCJ) on local charges. While incarcerated at the PCJ, Sauceda Ramírez was examined by Officer E. Hernandez who was designated with the authority to determine alienage under the Immigration and Naturalization Act, Section 287(g). Officer E. Hernandez determined Sauceda Ramírez to be a Mexican citizen, illegally present in the United States. On August 15, 2017, an immigration detainer was lodged with the PCJ. On August 17, 2017, Sauceda Ramírez was released from the PCJ and transported to the Florence ICE office for further investigation and processing. Sauceda Ramírez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Juan Eduardo Sauceda Ramírez to be a citizen of Mexico and a previously deported criminal alien. Sauceda Ramírez was removed from the United States to Mexico through Nogales, Arizona, on or about

1

November 26, 2016, pursuant to an order of removal issued by an immigration official. There is no record of Sauceda Ramírez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Sauceda Ramírez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jose Juan Eduardo Sauceda Ramírez was convicted of Conspiracy to Possession of Marijuana for Sale, a felony offense, on June 5, 2015, in the Superior Court of Arizona, Pinal County. Sauceda Ramírez was sentenced to two and one half (2.5) years' incarceration and one (1) day for every six (6) days of the sentence imposed of probation. Sauceda Ramírez's criminal history was matched to him by electronic fingerprint comparison.

5. On August 17, 2017, Jose Juan Eduardo Sauceda Ramírez was advised of his constitutional rights. Sauceda Ramírez freely and willingly acknowledged his rights and agreed to provide a statement under oath. Sauceda Ramírez stated that his true and complete name is Jose Juan Eduardo Sauceda Ramírez and that he is a citizen of Mexico. Sauceda Ramírez stated that he illegally entered the United States at or near "Snorita," about "10 days ago," without inspection by an immigration officer. Sauceda Ramírez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 14, 2017, Jose Juan Eduardo Sauceda Ramírez, an alien, was found in the United States of America at or near Florence, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about November 26, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Salvador Delgado II,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this ~~17th day of~~ August, 2017.

_____
David K. Duncan,
United States Magistrate Judge

3